UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. ELLIOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN TSENG,<br><br>　　　　　Defendant. | No.  2:11-cv-3118 KJM DAD P<br><br><br>ORDER |

Defendant has requested that the scheduling order filed on February 12, 2013 be modified. Defendant seeks to extend the deadline for the filing of dispositive motions by forty-five days. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendant's August 2, 2013 motion to modify the scheduling order (ECF No. 25) is granted; and

　　　2. The August 23, 2013 deadline for the filing of all pretrial motions, except motions to compel, is vacated and reset for October 7, 2013.

Dated:  August 5, 2013

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
ell3118.36